# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: )
)
Brad and Toni Loverde, ) Bankruptcy No. 12 B 29505
)
Debtor(s) )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Deborah Kanner Ebner, is to appear and provide a status at that time.

ENTER:

_(signed)_
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Brad and Toni Loverde
Bankruptcy No. 12 B 29505

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**Deborah Kanner Ebner**
dkebner@debnertrustee.com

*Debtors' Attorney*
**Brenda Ann Likavec**
brenda@lawsolutionsbk.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
**Brad and Toni Loverde**
18131 Mager Drive
Tinley Park, IL 60487