## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    BRAD LOVERDE and | ) | Case No. 12-29505 |
|    TONI L. LOVERDE, | ) | Honorable Jack B. Schmetterer |
|            Debtor. | ) | |

### NOTICE OF MOTION

TO: ALL ECF REGISTRANTS and by FIRST CLASS MAIL TO:
    Brad and Toni Loverde, 18131 Mager Drive, Tinley Park 60487;
    Eugene K. Hollander, The Law Offices of Eugene K. Hollander, 230 West Monroe St.,
       Suite 1900, Chicago, IL 60606; and
    ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

    PLEASE TAKE NOTICE that the undersigned has filed the attached **TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND AUTHORIZE FINAL COMPENSATION TO PERSONAL INJURY COUNSEL**, and said motion shall be heard on **SEPTEMBER 26, 2013**, at the hour of **10:00AM** before the Honorable Jack B. Schmetterer, or any judge sitting in his stead, in the Dirksen Federal Building, 219 S Dearborn St, Room 682 Chicago IL.  A copy of the motion is attached hereto.

                                              DEBORAH K. EBNER,

                                      By:      /s/ Deborah K. Ebner
                                                 Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

### CERTIFICATE OF SERVICE

    I, DEBORAH K. EBNER, hereby certify that on August 27, 2013, I caused copies of this Notice and attached Motion to be served upon the parties listed on the attached mailing matrix by mailing same in a postage-prepaid envelope and by electronically serving all ECF Registrants by means of the ECF Filing System.

                                                     /s/ Deborah K. Ebner
                                                     Deborah K. Ebner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-29505<br>Northern District of Illinois<br>Chicago<br>Tue Aug 27 12:01:57 CDT 2013 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance, a division of Capi<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACL Laboratories<br>P.O. Box 27901<br>Milwaukee, WI 53227-0901 | Acs/dept Of Ed<br>C/o Acs<br>Utica, NY 13501 |
| Acs/wells Fargo<br>501 Bleecker St<br>Utica, NY 13501-2401 | Advocate Christ Medical Center<br>4440 W. 95th St<br>Oak Lawn, IL 60453-2600 | Advocate Lutheran General Hosp<br>1775 Dempster St.<br>Park Ridge, IL 60068-1174 |
| Advocate Medical Group<br>701 Lee St.<br>Des Plaines, IL 60016-4539 | Advocate South Suburban Hospital<br>17800 Kedzie Ave<br>Hazel Crest, IL 60429-0989 | American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Ascension Capital Group Inc<br>Capital One Auto Finance,a div of<br>Capital One NA Dept<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Blatt, Hasenmiller, Leibsker, Moore<br>125 S. Wacker Drive<br>Suite 400<br>Chicago, IL 60606-4440 | Caf/Carmax Auto Finance<br>Attn: Bankruptcy<br>225 Chastain Meadows Ct.<br>Kennesaw, GA 30144-5942 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 |
| Capital One Bank (USA), N.A. by American<br>InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Attn: Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101-2039 | Chase Mht Bk<br>Attention: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Dept Of Education/neln<br>121 South 13th St<br>Lincoln, NE 68508-1904 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin<br>Attention:  Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 | Ear Nose & Throat Assoc<br>7350 W. College Dr.<br>Suite 208<br>Palos Heights, IL 60463-2448 | Echelon Recovery Inc.<br>PO Box 1880<br>Voorhees, NJ 08043-7880 |

Fsb-hegewisc
13220 Baltimore Av
Chicago, IL 60633-1446

GEMB / Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

Gemb/Sams Club Dc
Gemb Finance
Po Box 103104
Roswell, GA 30076-9104

HSBC/Menards
Attn: Bankruptcy
Pob 5263
Carol Stream, IL 60197-5263

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

Hsbc/carsn
Po Box 15521
Wilmington, DE 19850-5521

Hsbc/rs
90 Christiana Rd
New Castle, DE 19720-3118

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI  48308-0730

Lane Bryant/WFNNB
Wfnnb
Po Box 182685
Columbus, OH 43218-2685

Messerli & Kramer
3033 Campus Drive
Suite 250
Minneapolis, MN 55441-2662

Metro South Medical Center
12935 S. Gregory
Blue Island, IL 60406-2428

Midwest Anesthesiologists
185 Penny Ave.
Dundee, IL 60118-1455

Midwest Center For Women's Healthca
4890 Paysphere Circle
Chicago, IL 60674-4890

Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018-4521

Nelnet on behalf of US Dept of Education
U.S. Dept of Education
3015 South Parker Road Suite 400
Aurora CO 80014-2904

Orland Fire Protection
PO Box 457
Wheeling, IL 60090-0457

Park Ridge Anesthesiology
PO Box 1123
Jackson, MI 49204-1123

Pathology Assoc of Chicago Ltd.
PO Box 88487
Chicago, IL 60680-1487

SCR Laboratory Physicians, SC
PO Box 5959
Carol Stream, IL 60197-5959

Sams Club / GEMB
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Target Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT  P.O. Box 9475
Minneapolis, MN 55440-9475

Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis, MN 55440-9475

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Wachovia/acs
501 Bleecker St
Utica, NY 13501-2401

Wells Fargo Education Financial Services
Efs Bankruptcy
301 E. 58th St. N.
Sioux Falls, SD 57104-0422

Brad Loverde
18131 Mager Drive
Tinley Park, IL 60487-2120

Brenda Ann Likavec
Law Solutions/Jason Allen Law, PLLC
77 W Washington
Suite 515
Chicago, IL 60602-3289

Deborah Kanner Ebner
11 E Adams St
Suite 904
Chicago, IL 60603-6306

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Toni L Loverde
18131 Mager Drive
Tinley Park, IL 60487-2120

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Citi
CitiCard Credit Services/Centralized Ban
Po Box 20507
Kansas City, MO 64195

(d)Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

End of Label Matrix
Mailable recipients    59
Bypassed recipients     0
Total                  59

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|     BRAD LOVERDE and | ) | |
|     TONI L. LOVERDE, | ) | Case No. 12-29505 |
|                    Debtor. | ) | Honorable Jack B. Schmetterer |

### TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND
### AUTHORIZE FINAL COMPENSATION TO PERSONAL INJURY COUNSEL

Deborah K. Ebner, Trustee for the Estate of Brad Loverde and Toni L. Loverde, by and through her attorney, the Law Office of Deborah K. Ebner, presents her Motion to Approve Settlement and Authorize Final Compensation to Personal Injury Counsel. In support of her Motion, the Trustee respectfully states as follows:

1. Brad Loverde and Toni L. Loverde (hereinafter referred to as the "Debtors") filed their voluntary chapter 7 bankruptcy petition on or about July 26, 2012.

2. Deborah K. Ebner is the duly appointed and acting Trustee of the Debtor's chapter 7 case.

3. Property of the Debtor's Estate includes the Debtor's wrongful termination claim against Morton Grove Pharmaceutical, namely <u>Ebner v. Morton Grove Pharmaceutical</u>, Case Number 12CV09677, in the U.S. District Court, Northern District of Illinois (the "Lawsuit").

4. Pursuant to orders of this Court, the Trustee was authorized to employ the Debtor's personal injury counsel Eugene K. Hollander of The Law Offices of Eugene K. Hollander, as special counsel to pursue the Lawsuit (the "Special Counsel"). The terms of Special Counsel's retention by the Estate were similar to its retention by the Debtor, namely fees due equal to 40% of the gross recovery by settlement or judgment. A copy of the Attorney-Client Fee Agreement between Special Counsel and the Debtor is attached hereto and

incorporated herein as **Exhibit A.**  A copy of this Court's order authorizing the retention of Special Counsel is attached hereto and incorporated herein as **Exhibit B**.

5.Trustee has been actively involved in attempting to evaluate this lawsuit and to settle the lawsuit, has spent many hours meeting with Special Counsel as well as counsel for the Defendant.  In addition, Special Counsel has expended much time in the discovery phase of this state court action.  Attached hereto and incorporated hereto as **Exhibit C** is a detailed explanation of Special Counsel's position as to the merits of settling this case for $50,000.00.

6.Based upon the contents of Exhibit C, Trustee tenders to this court her recommendation for acceptance of the settlement.

7.Further, Special Counsel seeks payment of its fees and costs advanced pursuant to the Attorney-Client Fee Agreement and its employment with the Estate. Special Counsel seeks an award of attorneys' fees in the amount of $20,000.00 and reimbursement of costs advanced in the amount of $763.79.

## Relief Requested

8.Trustee asks the Court to enter the Order approving the Settlement.

9.The Court has broad discretion under Fed. R. Bankr. P. 9019(a) to approve the described settlement, provided that it is in the best interests of the Debtor's estates. *See In re American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987).  The Court need not, however, "conclusively determine claims subject to compromise, nor find that the settlement constitutes the best result obtainable." *In re Apex Oil Co.,* 92 B.R. 847, 867 (Bankr. E.D. Mo. 1988) (citing *In re W.T. Grant Co.*, 699 F.2d 599, 613 (2d Cir. 1983)). Similarly, "a precise determination of likely outcomes is not required, since 'an exact judicial determination of the values in issue would defeat the purpose of compromising the claim.'" *In re Telesphere Communications*, 179

B.R. 544, 553 (Bankr. N.D. Ill. 1994) (quoting *In re Energy Co-Op, Inc.*, 886 F. 2d 921, 929 (7th Cir. 1989)). All that is required is for the Court to "canvass the issues to determine that the settlement does not fall 'below the lowest point in the range of reasonableness.'" *Apex Oil,* 92 B.R. at 867 (citation omitted).

10. In assessing a proposed compromise, the Court must consider: (i) the estate's probability of success in the litigation; (ii) the cost and complexity of the litigation; and (iii) the creditors' view on the settlement, although such views are not controlling. *American Reserve,* 841 F.2d at 161-62; *Apex Oil*, 92 B.R. at 867.

## Notice

11. This Motion has been filed electronically, and notice thereof will be provided electronically on the date hereof, via the court's CM/ECF system, to (a) counsel for the Debtor, (b) counsel for the United States Trustee, and (c) entities, or their counsel, who have filed a notice of appearance through the Court's CM/ECF system. Additionally, this Motion will be served on all creditors listed on the Creditor Mailing Matrix via U.S. Mail. Trustee asks the Court to find that such notice is sufficient and to approve the same under Fed. R. Bankr. P. 9007.

**WHEREFORE,** Deborah K. Ebner, Trustee for the Estate of Brad Loverde and Toni Loverde, respectfully requests that the Court enter an order attached hereto granting this motion (i) granting this Motion; (ii) approving as a settlement in the amount of $50,000.00; (iii) awarding and authorizing payment of the following costs and fees by Trustee upon receipt of the settlement proceeds:

Fees: $20,000.00

Expenses: $763.79

(iv) finding that notice of the Trustee's motion is sufficient as given; and (v) granting the Trustee such other and further relief as this Court may deem just and proper.

        Respectfully submitted,
        Deborah K. Ebner, not individually, but as
        Trustee for the Estate of Brad and Toni Loverde,

        By:  /s/Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838