# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LOVERDE, BRAD  § Case No. 12-29505
     LOVERDE, TONI L  §
   §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn St., 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/27/2014 in Courtroom 682, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/12/2014   By: /s/DEBORAH K. EBNER
                                                                                 Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: LOVERDE, BRAD | § | Case No. 12-29505 |
| LOVERDE, TONI L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.00 |
| *and approved disbursements of* | $ 35,763.79 |
| *leaving a balance on hand of* [1] | $ 14,236.21 |
| **Balance on hand:** | $ 14,236.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,236.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 4,250.00 | 0.00 | 4,250.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 290.74 | 0.00 | 290.74 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,909.50 | 0.00 | 2,909.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,450.24 |
| Remaining balance: | $ 6,785.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,785.97

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,785.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,270.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 9,085.84 | 0.00 | 1,076.58 |
| 2 | Discover Bank | 9,854.34 | 0.00 | 1,167.64 |
| 3 | Discover Bank | 2,373.24 | 0.00 | 281.20 |
| 4 | Nelnet on behalf of US Dept of Education | 9,148.69 | 0.00 | 1,084.02 |
| 5 | Capital One Bank (USA), N.A. by American | 7,096.71 | 0.00 | 840.88 |
| 6 | US BANK N.A. | 12,422.94 | 0.00 | 1,471.98 |
| 7 | American Express Centurion Bank | 4,150.25 | 0.00 | 491.76 |
| 8 | American Express Centurion Bank | 1,729.58 | 0.00 | 204.94 |
| 9 | Capital Recovery V, LLC | 1,409.19 | 0.00 | 166.97 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,785.97 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-29505-JBS
Brad Loverde                                                          Chapter 7
Toni L Loverde
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1           Page 1 of 2          Date Rcvd: Jan 13, 2014
                              Form ID: pdf006           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2014.
```
db/jdb     +Brad Loverde,    Toni L Loverde,   18131 Mager Drive,    Tinley Park, IL 60487-2120
19195861    ACL Laboratories,    P.O. Box 27901,    Milwaukee, WI 53227-0901
19195862    Acs/dept Of Ed,    C/o Acs,    Utica, NY 13501
19195863   +Acs/wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
19195864   +Advocate Christ Medical Center,    4440 W. 95th St,    Oak Lawn, IL 60453-2600
19195865   +Advocate Lutheran General Hosp,    1775 Dempster St.,    Park Ridge, IL 60068-1174
19195866   +Advocate Medical Group,    701 Lee St.,    Des Plaines, IL 60016-4539
19195867   +Advocate South Suburban Hospital,    17800 Kedzie Ave,    Hazel Crest, IL 60429-0989
19195868   +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20994910    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19195869   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
19195870   +Blatt, Hasenmiller, Leibsker, Moore,    125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
19195878   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
               Kansas City, MO 64195)
19195871   +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    225 Chastain Meadows Ct.,
             Kennesaw, GA 30144-5942
20879933    Capital One Bank (USA), N.A. by American,    InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
19195873   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19195874   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19195875   +Chase,   Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
19195876   +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
19195877   +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19195882   +Ear Nose & Throat Assoc.,    7350 W. College Dr.,    Suite 208,    Palos Heights, IL 60463-2448
19195883   +Echelon Recovery Inc.,    PO Box 1880,    Voorhees, NJ 08043-7880
19195884   +Fsb-hegewisc,    13220 Baltimore Av,    Chicago, IL 60633-1446
19195889   +HSBC/Menards,    Attn: Bankruptcy,    Pob 5263,    Carol Stream, IL 60197-5263
19195887   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
19195888   +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
19195890   +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
19254071    JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
             Rochester, MI 48308-0730
19195891   +Lane Bryant/WFNNB,    Wfnnb,    Po Box 182685,    Columbus, OH 43218-2685
19195892   +Messerli & Kramer,    3033 Campus Drive,    Suite 250,    Minneapolis, MN 55441-2662
19195893   +Metro South Medical Center,    12935 S. Gregory,    Blue Island, IL 60406-2428
19195894   #+Midwest Anesthesiologists,    185 Penny Ave.,    Dundee, IL 60118-1455
19195895    Midwest Center For Women’s Healthca,    4890 Paysphere Circle,    Chicago, IL 60674-4890
19195897    Orland Fire Protection,    PO Box 457,    Wheeling, IL 60090-0457
19195898   +Park Ridge Anesthesiology,    PO Box 1123,    Jackson, MI 49204-1123
19195899    Pathology Assoc of Chicago Ltd.,    PO Box 88487,    Chicago, IL 60680-1487
19195901   +SCR Laboratory Physicians, SC,    PO Box 5959,    Carol Stream, IL 60197-5959
19195904   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,     Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
19195902   +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT P.O. Box 9475,
             Minneapolis, MN 55440-9475
19195903   +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV P.O.Box 9475,
             Minneapolis, MN 55440-9475
20983178   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
19195905   +Wachovia/acs,    501 Bleecker St,    Utica, NY 13501-2401
19195906   +Wells Fargo Education Financial Services,    Efs Bankruptcy,    301 E. 58th St. N.,
             Sioux Falls, SD 57104-0422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20782195       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2014 01:36:15
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK 73124-8866
19276186      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 14 2014 01:34:24
               Ascension Capital Group Inc,    Capital One Auto Finance,a div of,    Capital One NA Dept,
                P.O. Box 201347,    Arlington, TX 76006-1347
21142036      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 14 2014 01:36:21
               Capital One Auto Finance,    a Division of Capital One, N.A.,    P.O. Box 201347,
                Arlington, TX 76006-1347
19195872      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jan 14 2014 01:32:22
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
21133569       E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2014 01:37:07       Capital Recovery V, LLC,
               c/o Recovery Mgmt Systems Corporation,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19195880      +E-mail/Text: electronicbkydocs@nelnet.net Jan 14 2014 01:31:19       Dept Of Education/neln,
                121 South 13th St,    Lincoln, NE 68508-1904
```

```
District/off: 0752-1          User: cmendoza1            Page 2 of 2              Date Rcvd: Jan 13, 2014
                              Form ID: pdf006            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
20787118       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2014 01:53:40      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19195881      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2014 01:53:40      Discover Fin,
                 Attention:   Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19195885      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2014 01:53:42      GEMB / Old Navy,    Attention: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
19195886      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2014 01:55:31      Gemb/sams Club Dc,    Gemb Finance,
                 Po Box 103104,    Roswell, GA 30076-9104
19195896      +Fax: 847-227-2151 Jan 14 2014 02:22:53      Mrsi,    2250 E Devon Ave Ste 352,
                 Des Plaines, IL 60018-4521
20856855      +E-mail/Text: electronicbkydocs@nelnet.net Jan 14 2014 01:31:19
                 Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
19195900      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2014 01:52:04      Sams Club / GEMB,
                 Attention:   Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Eugene K Hollander
20994911*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19195879*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
                                                                                          TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2014                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2014 at the address(es) listed below:
```
              Brenda Ann   Likavec    on behalf of Debtor Brad  Loverde brenda@lawsolutionsbk.com
              Brenda Ann   Likavec    on behalf of Joint Debtor Toni L Loverde brenda@lawsolutionsbk.com
              Deborah   Kanner Ebner     dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Linda M Kujaca    on behalf of Trustee Deborah  Kanner Ebner lkujaca@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```