# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LOVERDE, BRAD  
       LOVERDE, TONI L

Case No. 12-29505

Chapter 7

_____,  
Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $214,583.00            Assets Exempt: $53,380.00  
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,785.97     Claims Discharged  
                                               Without Payment: $154,495.03

Total Expenses of Administration: $28,214.03

---

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,288.49 | $11,919.91 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,214.03 | 28,214.03 | 28,214.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 152,050.22 | 57,270.78 | 57,270.78 | 6,785.97 |
| **TOTAL DISBURSEMENTS** | $352,338.71 | $97,404.72 | $85,484.81 | $35,000.00 |

  4) This case was originally filed under Chapter 7 on July 26, 2012. The case was pending for 22 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 06/02/2014          By: /s/DEBORAH K. EBNER, Trustee
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury action proceeds | 1249-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brad & Tony Loverde | Ref # EXEMPTION CLAIM | 8100-002 | 0.00 |
| Brad & Tony Loverde | Ref # EXEMPTION CLAIM | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Capital One Auto Finance | 4110-000 | 12,228.00 | 11,919.91 | 0.00 | 0.00 |
| NOTFILED | Fsb-hegewisc | 4110-000 | 154,107.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 33,953.49 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$200,288.49** | **$11,919.91** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 4,250.00 | 4,250.00 | 4,250.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 290.74 | 290.74 | 290.74 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | | 2,909.50 | 2,909.50 | 2,909.50 |
| Eugene Hollander, Esq | 3210-600 | N/A | | 20,000.00 | 20,000.00 | 20,000.00 |
| Eugene Hollander | 3220-610 | N/A | | 763.79 | 763.79 | 763.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $28,214.03 | $28,214.03 | $28,214.03 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | 9,085.00 | 9,085.84 | 9,085.84 | 1,076.58 |
| 2 | Discover Bank | 7100-000 | 9,854.00 | 9,854.34 | 9,854.34 | 1,167.64 |
| 3 | Discover Bank | 7100-000 | 2,373.00 | 2,373.24 | 2,373.24 | 281.20 |
| 4 | Nelnet on behalf of US Dept of Education | 7100-000 | N/A | 9,148.69 | 9,148.69 | 1,084.02 |
| 5 | Capital One Bank (USA), N.A. by American | 7100-000 | 7,018.00 | 7,096.71 | 7,096.71 | 840.88 |
| 6 | US BANK N.A. | 7100-000 | 12,422.00 | 12,422.94 | 12,422.94 | 1,471.98 |
| 7 | American Express Centurion Bank | 7100-000 | 4,150.00 | 4,150.25 | 4,150.25 | 491.76 |
| 8 | American Express Centurion Bank | 7100-000 | 1,729.00 | 1,729.58 | 1,729.58 | 204.94 |
| 9 | Capital Recovery V, LLC | 7100-000 | 1,409.00 | 1,409.19 | 1,409.19 | 166.97 |
| NOTFILED | Messerli & Kramer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Metro South Medical Center | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant/WFNNB Wfnnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/sams Club Dc Gemb Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Echelon Recovery Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Anesthesiologists | 7100-000 | 119.49 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SCR Laboratory Physicians, SC | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Center For Women's Healthca | 7100-000 | 994.43 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia/acs | 7100-000 | 19,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia/acs | 7100-000 | 6,457.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Toyota Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ear Nose & Throat Assoc | 7100-000 | 214.26 | N/A | N/A | 0.00 |
| NOTFILED | Target Credit Card (TC) C/O Financial & Retail Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orland Fire Protection | 7100-000 | 832.00 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Assoc of Chicago Ltd. | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Ridge Anesthesiology | 7100-000 | 324.72 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ACL Laboratories | 7100-000 | 33.97 | N/A | N/A | 0.00 |
| NOTFILED | Acs/wells Fargo | 7100-000 | 13,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Acs/dept Of Ed C/o Acs | 7100-000 | 7,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Medical Center | 7100-000 | 3,915.95 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Lutheran General Hosp | 7100-000 | 2,863.92 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 19.48 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 6,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi CitiCard Credit Services/Centralized | 7100-000 | 3,901.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 1,436.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,773.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 13,472.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Advocate South Suburban Hospital | 7100-000 | 75.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 7100-000 | 6,341.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Education/neln | 7100-000 | 3,272.00 | N/A | N/A | 0.00 |
| NOTFILED | Caf/Carmax Auto Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $152,050.22 | $57,270.78 | $57,270.78 | $6,785.97 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-29505  
**Case Name:** LOVERDE, BRAD  
LOVERDE, TONI L  
**Period Ending:** 06/02/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/26/12 (f)  
**§341(a) Meeting Date:** 09/20/12  
**Claims Bar Date:** 10/25/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family home | 164,703.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with First Bank of Hegewisch | 130.00 | 0.00 | | 0.00 | FA |
| 3 | Saving account with First Bank of Hegewisch | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Saving account with First Bank of Hegewisch cust | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Saving account with First Bank of Hegewisch cust | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Saving account with First Bank of Hegewisch cust | 50.00 | 0.00 | | 0.00 | FA |
| 7 | household goods and furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | books and pictures | 125.00 | 0.00 | | 0.00 | FA |
| 9 | clothing | 425.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401k | 30,000.00 | 0.00 | | 0.00 | FA |
| 12 | Employment discrimination/wrongful termination c | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2008 Chrysler Town & Country with 58,000 miles. | 11,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Toyota Corolla with 85,000 miles. Value per | 6,500.00 | 0.00 | | 0.00 | FA |
| 15 | Personal Injury action proceeds (u) | 50,000.00 | 0.00 | | 50,000.00 | FA |
| 16 | x | 0.00 | 0.00 | | 0.00 | FA |
| 17 | x | 0.00 | 0.00 | | 0.00 | FA |
| 18 | x | 0.00 | 0.00 | | 0.00 | FA |
| 19 | x | 0.00 | 0.00 | | 0.00 | FA |
| 20 | x | 0.00 | 0.00 | | 0.00 | FA |
| 21 | x | 0.00 | 0.00 | | 0.00 | FA |
| 22 | x | 0.00 | 0.00 | | 0.00 | FA |
| 23 | x | 0.00 | 0.00 | | 0.00 | FA |
| 24 | x | 0.00 | 0.00 | | 0.00 | FA |
| 25 | x | 0.00 | 0.00 | | 0.00 | FA |
| 26 | x | 0.00 | 0.00 | | 0.00 | FA |
| 27 | X (u) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-29505  
**Case Name:** LOVERDE, BRAD  
LOVERDE, TONI L  
**Period Ending:** 06/02/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/26/12 (f)  
**§341(a) Meeting Date:** 09/20/12  
**Claims Bar Date:** 10/25/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 27  Assets  **Totals** (Excluding unknown values) | **$264,583.00** | **$0.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee attended settlement conference and case is now in discovery stage

**Initial Projected Date Of Final Report (TFR):**  December 31, 2018    **Current Projected Date Of Final Report (TFR):**   January 12, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-29505
**Case Name:** LOVERDE, BRAD
 LOVERDE, TONI L
**Taxpayer ID #:** **-***1659
**Period Ending:** 06/02/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******3866 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/26/13 | {15} | National Union FIre Insurance Company | | 1249-000 | 50,000.00 | | 50,000.00 |
| 11/26/13 | 101 | Eugene Hollander, Esq | Ref # HOLLANDER | 3210-600 | | 20,000.00 | 30,000.00 |
| 11/26/13 | 102 | Eugene Hollander | Ref # HOLLANDER EXPENSES | 3220-610 | | 763.79 | 29,236.21 |
| 11/29/13 | 103 | Brad & Tony Loverde | Ref # EXEMPTION CLAIM Voided on 12/02/13 | 8100-002 | | 15,000.00 | 14,236.21 |
| 12/02/13 | 103 | Brad & Tony Loverde | Ref # EXEMPTION CLAIM Voided: check issued on 11/29/13 | 8100-002 | | -15,000.00 | 29,236.21 |
| 12/02/13 | 104 | Brad & Tony Loverde | Ref # EXEMPTION CLAIM | 8100-002 | | 15,000.00 | 14,236.21 |
| 02/28/14 | 105 | Deborah K. Ebner | Dividend paid 100.00% on $4,250.00, Trustee Compensation;  Reference: TRUSTEE COMPENSATION | 2100-000 | | 4,250.00 | 9,986.21 |
| 02/28/14 | 106 | DEBORAH K. EBNER | Dividend paid 100.00% on $290.74, Trustee Expenses;  Reference: | 2200-000 | | 290.74 | 9,695.47 |
| 02/28/14 | 107 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,909.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,909.50 | 6,785.97 |
| 02/28/14 | 108 | American InfoSource LP as agent for TD Bank, USA | Dividend paid  11.84% on $9,085.84; Claim# 1; Filed: $9,085.84; Reference: | 7100-000 | | 1,076.58 | 5,709.39 |
| 02/28/14 | 109 | Discover Bank | Dividend paid  11.84% on $9,854.34; Claim# 2; Filed: $9,854.34; Reference: | 7100-000 | | 1,167.64 | 4,541.75 |
| 02/28/14 | 110 | Discover Bank | Dividend paid  11.84% on $2,373.24; Claim# 3; Filed: $2,373.24; Reference: | 7100-000 | | 281.20 | 4,260.55 |
| 02/28/14 | 111 | Nelnet on behalf of US Dept of Education | Dividend paid  11.84% on $9,148.69; Claim# 4; Filed: $9,148.69; Reference: | 7100-000 | | 1,084.02 | 3,176.53 |
| 02/28/14 | 112 | Capital One Bank (USA), N.A. by American | Dividend paid  11.84% on $7,096.71; Claim# 5; Filed: $7,096.71; Reference: | 7100-000 | | 840.88 | 2,335.65 |
| 02/28/14 | 113 | US BANK N.A. | Dividend paid  11.84% on $12,422.94; Claim# 6; Filed: $12,422.94; Reference: | 7100-000 | | 1,471.98 | 863.67 |
| 02/28/14 | 114 | American Express Centurion Bank | Dividend paid  11.84% on $4,150.25; Claim# 7; Filed: $4,150.25; Reference: | 7100-000 | | 491.76 | 371.91 |
| 02/28/14 | 115 | American Express Centurion Bank | Dividend paid  11.84% on $1,729.58; Claim# 8; Filed: $1,729.58; Reference: | 7100-000 | | 204.94 | 166.97 |
| 02/28/14 | 116 | Capital Recovery V, LLC | Dividend paid  11.84% on $1,409.19; Claim# 9; Filed: $1,409.19; Reference: | 7100-000 | | 166.97 | 0.00 |

Subtotals :   $50,000.00   $50,000.00

{} Asset reference(s)

Printed: 06/02/2014 10:43 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-29505  
**Case Name:** LOVERDE, BRAD  
LOVERDE, TONI L  
**Taxpayer ID #:** **-***1659  
**Period Ending:** 06/02/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 50,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$35,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3866** | 50,000.00 | 35,000.00 | 0.00 |
| | $50,000.00 | $35,000.00 | $0.00 |

{} Asset reference(s)                                                                Printed: 06/02/2014 10:43 PM    V.13.15